**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRAD WASHBURN, | No. CIV S-06-2501-FCD-CMK |
| Plaintiff, | |
| vs. | ORDER |
| COUNTY OF SACRAMENTO, OFFICE OF THE PUBLIC DEFENDER, | |
| Defendant. | |

Plaintiff, who is proceeding pro se, brings this civil action. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On May 24, 2007, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within 20 days. No objections to the findings and recommendations have been filed.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 24, 2007, are adopted in full;

2. This action is dismissed; and

3. The Clerk of the Court is directed to enter judgment and close this file.

DATED: July 13, 2007.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE